F31946
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

ZAI JI TIAN,

                              Plaintiff(s),

                -against-

WAYNE AUDIBERT and NFI INTERACTIVE
LOGISTICS, LLC,

                              Defendant(s),

----------------------------------------------------------------x

ECF CASE

Civil Action No. 18-7119

PETITION FOR REMOVAL

TO: **THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK – CADMAN PLAZA COURTHOUSE**

Defendants WAYNE AUDIBERT and NFI INTERACTIVE LOGISTICS, LLC by and through their attorneys, ABRAMS, GORELICK, FRIEDMAN & JACOBSON, LLP hereby files this petition, pursuant to Pursuant to 28 U.S.C. §1441, to remove the above-entitled action to the United States District Court for the Eastern District of New York, Cadman Plaza Courthouse and respectfully states as follows upon information and belief:

    1.    A civil action was commenced and is now pending in the Supreme Court of the State of New York, Queens County in which Zai Ji Tian is the only plaintiff. The only defendants are Wayne Audibert and NFI Interactive Logistics, LLC. The action is entitled ZAI JI TIAN v. WAYNE AUDIBERT and NFI INTERACTIVE LOGISTICS,

LLC under index number 717051/2018 in New York State Supreme Court, Queens County.

2.  Shortly after November 26, 2018, NFI Interactive Logistics, LLC received a copy of the Summons and Complaint after it was served on the New York State Secretary of State in Albany, New York. A copy of the plaintiff's Summons and Verified Complaint, both dated October 29, 2018, are annexed hereto as Exhibit "A." The action was commenced on November 7, 2018 by filing the Summons & Complaint with the Queens County Clerk's Office. A copy of the electronic filing receipt from the Queens County Clerk for the Summons and Complaint is annexed hereto as Exhibit "B."

3.  The defendants have not yet answered or appeared in the action commenced in New York State Supreme Court, Queens County. The Summons and Complaint [Exhibit "A"] constitute the entirety of all pleadings filed in this action.

4.  This is a civil suit in which the plaintiff alleges that on May 3, 2018, the plaintiff was an operator of a motor vehicle and was involved in a motor vehicle accident with a tractor-trailer operated by defendant Wayne Audibert during the course of his employment as a truck driver at NFI Interactive Logistics, LLC. The alleged accident occurred on northbound Bowery Street, near the intersection with Bowery Slip, in Manhattan. As a result of the subject accident, the plaintiff alleged that he sustained severe and permanent injuries that satisfy the "serious injury" threshold of the New York Insurance Law section 5102(d).

5.  On December 6, 2018, the undersigned contacted Paul Ehrlich, Esq., an attorney associated with plaintiff's counsel, Law Offices of Gary S. Park, P.C. Mr. Ehrlich advised that his client, Zai Ji Tian, sustained injuries to his shoulder and knee and

required surgery to repair damage to the labrum in his shoulder as a result of the subject motor vehicle accident.

6. Petitioners respectfully submit that this Court has original jurisdiction over the instant action based on diversity of citizenship and amount in controversy pursuant to 28 U.S.C. § 1332(a).

7. The Complaint alleges that the sole plaintiff is a resident of Queens County, New The address for the plaintiff listed on the Summons is 136-05 Sanford Avenue, Apt. 1, Flushing, New York 11355. None of the defendants are residents of New York. NFI INTERACTIVE LOGISTICS, LLC is a New Jersey Limited Liability Corporation with its principal place of business located in Cherry Hill, New Jersey. WATNE AUDIBERT is a Pennsylvania resident and resides at 1729 Healan Avenue, Allentown, Pennsylvania.

8. Complete diversity exists between the plaintiff, a New York resident, and the defendants, New Jersey and Pennsylvania residents, respectively. A corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business. See, 28 U.S.C. § 1332(c)(1).

9. Based on the foregoing, the amount in controversy in this suit is not limited to an amount equal to or less than the sum of $75,000, exclusive of interest and costs. Therefore, petitioners respectfully submit that jurisdiction is proper in this Court based on 28 U.S.C. § 1332(a).

10. The Summons and Complaint were served on NFI Interactive Logistics, LLC on November 26, 2018. While Petitioners reserve their rights, without limitation, regarding the effectiveness of service upon them and the existence of personal

jurisdiction over it, this petition is timely in that it is filed within thirty (30) days of the receipt by NFI Interactive Logistics, LLC of the initial pleading. Accordingly, this notice for removal is timely as it is filed within 30 days after receipt by defendant of a pleading, or other paper, indicating that the case is removable and within one year of the commencement of the action pursuant to 28 U.S.C. § 1446 and 28 U.S.C. § 1332.

11. Written notice of this petition for removal will be served on counsel for the plaintiff promptly after the filing of this petition.

12. A true and correct copy of this petition will be filed with the Clerk of the Supreme Court of the State of New York, Queens County, promptly after the filing of this petition.

13. By filing this petition, WAYNE AUDIBERT and NFI INTERACTIVE LOGISTICS, LLC do not waive any defenses that may be available to them.

WHEREFORE, petitioners WAYNE AUDIBERT and NFI INTERACTIVE LOGISTICS, LLC prays that this action proceed in this Court as an action properly removed thereto.

Dated: New York, New York
       December 14, 2018

                                           Yours etc.,

                                           ABRAMS, GORELICK,
                                           FRIEDMAN & JACOBSON, P.C.
                                           Attorneys for Defendants
                                           WAYNE AUDIBERT and NFI
                                           INTERACTIVE LOGISTICS, LLC
                                           By:

                                           _____
                                           James E. Kimmel (JEK 6798)
                                           One Battery Park Plaza - 4th Floor
                                           New York, NY  10004
                                           (212) 422-1200

Our file no. 31946

TO:

    LAW OFFICES OF GARY S. PARK, P.C.
    Attorneys for Plaintiff
    39-01 Main Street, Suite 608
    Flushing, New York 11354
    (718) 445-1300